IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FREDDIE J. KELLY,

        Plaintiff,

v.                                                                                  Civil Action No. 3:14cv00121-JAG

SUNTRUST BANK, *et al.*

        Defendants.

### Initial Pretrial Order

Pursuant to the initial pretrial conference held on June 18, 2014:

1.     **Contact Information.**     Counsel shall disclose to each other their email addresses as well as street addresses, which shall not be a post office box. *Pro se* litigants shall not be governed by this rule, and counsel need not disclose a street address to *pro se* litigants.

2.     **Due dates.**     Whenever a due date is imposed on a party by this Order, and the due date is a weekend or holiday, the duty shall be performed the last business day *before* the weekend or holiday.

3.     **Discovery.**     All discovery shall be completed by July 15, 2014. Written discovery shall be served such that the responses are due by no later than July 15, 2014.

No party shall take more than five (5) depositions of non-party witnesses. Counsel may agree among themselves to take more than five (5) non-party depositions, or may request leave of Court to do so. For purposes of this paragraph, a deposition of a non-party entity under Fed. R. Civ. P. 30(b)(6) shall count as one deposition, even if the entity designates multiple witnesses to testify.

Counsel shall serve all discovery requests by e-mail. In addition, a hard copy shall be served. *Pro se* litigants, however, are not required to serve discovery by e-mail, and represented parties are not required to serve *pro se* litigants by e-mail.

4. **Answer.** Any party who has not done so shall file an answer within ten (10) days of the date of this Order, notwithstanding any pending dispositive motions. In extraordinary cases, the Court will modify this requirement on motion of a party.

5. **Motions.** Motions for summary judgment shall be filed by no later than July 25, 2014.

The parties may request oral argument on any motion, but it is the Court's policy, pursuant to Local Civil Rule 7(J), not to hear oral argument if a motion may be decided without an oral hearing. Local Civil Rule 7(E) is hereby abrogated insofar as it renders motions withdrawn for failure to set a hearing within 30 days of filing. A party need not contact the Court to schedule a hearing if it does not, in fact, desire a hearing on its motion.

Once filed with the Clerk, one (1) courtesy copy of all pleadings and motions greater than thirty (30) pages in length shall be delivered to Chambers by the next business day.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record and mail a copy via U.S. Mail to the *pro se* plaintiff.

Date: 6/18/14
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge